Marvin agt. Van Hoesen.

It appeared that the action was libel. Defendant swore to *one hundred and forty-three* witnesses, residing in the city and county of New-York, as necessary, &c., and showed no special circumstances. Plaintiff's counsel *cited* 1 *Howard's Practice Reports*, 132.

CHARLES H. RAPALLO, *defendant's counsel and attorney.*
M. T. REYNOLDS, *plaintiff's counsel.*
M. SCHOONMAKER, *plaintiff's attorney.*

---

FRANCIS I. MARVIN *et al.* agt. LAMBERT VAN HOESEN.

An appeal from the circuit judge, under the statute of 1841, is subject to the practice of the special terms, and should be brought to a hearing at the next special term (where there is time), after the appeal is taken.

*April Term*, 1846..
AN appeal by defendant on a motion from decision of circuit judge.

On the 13th of May, 1842, the defendant made a motion before Judge KENT, circuit judge of the 1st circuit, to set aside an execution issued against him by plaintiffs. The circuit judge denied the motion, and the defendant appealed, but had never prosecuted his appeal to a hearing until the present time.

*E. SANDFORD, *defendant's counsel.*                    [*131]
R. MOTT, *defendant's attorney.*
WM. COIT, *plaintiffs' counsel and attorney.*

BEARDSLEY, Justice. Held, that appeals from the circuit judge, under the statute of 1841, were not calendar causes, but

were subject to the practice of the special terms, and the party appealing was bound to bring his appeal to a hearing at the next special term after it was taken.

Motion was therefore denied with costs.